1  Joseph H. Harrington
2  Acting United States Attorney
3  Eastern District of Washington
   Stephanie Van Marter
4  Assistant United States Attorney
5  Post Office Box 1494
   Spokane, WA 99210-1494
6  Telephone:  (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**MAR 0 2 2021**

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

7
8
## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON
9

10  UNITED STATES OF AMERICA,            Case No.: 4:21-CR-6008-SMJ-1

11                    Plaintiff,

12              v.                       Motion To Seal Indictment

13  JONATHAN SCOTT ARD,

14                    Defendant.

15

16       Plaintiff, United States of America, by and through Joseph H. Harrington,

17  Acting United States Attorney for the Eastern District of Washington, and

18  Stephanie Van Marter, Assistant United States Attorney for the Eastern District of

19  Washington, moves the Court pursuant to Federal Criminal Procedure Rule

20  49.1(d), for an Order sealing the Indictment until further order of the Court or until

21  Defendant's arrest, whichever comes first.

22       Dated:  March 2, 2021.

23

24

25                              Joseph H. Harrington
                                Acting United States Attorney
26

27                              *s/Stephanie Van Marter*
                                Stephanie Van Marter
28                              Assistant United States Attorney

MOTION TO SEAL INDICTMENT - 1