FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 02 2021

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

          Plaintiff,

v.

JONATHAN SCOTT ARD,

          Defendant.

Case No.: 4:21-CR-6008-SMJ-1

Order To Seal Indictment

IT IS HEREBY ORDERED that the Indictment is sealed until further order of the Court or until the Defendant's arrest, whichever comes first.

DATED this 2nd day of March, 2021.

John T. Rodgers
United States Magistrate Judge