Joseph H. Harrington
Acting United States Attorney
Eastern District of Washington
Stephanie Van Marter
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone:  (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN SCOTT ARD,<br><br>Defendant. | Case No.: 4:21-cr-06008-SMJ-1<br><br>Motion for Detention |

The United States moves for pretrial detention of Defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1.    <u>Eligibility of Case</u>.  This case is eligible for a detention order because the case involves (check one or more):

☐    Crime of violence (as defined in 18 U.S.C. § 3156(a)(4) which includes any felony under Chapter 77, 109A, 110 and 117);

☐    Maximum penalty of life imprisonment or death;

☒    Drug offense with maximum penalty of 10 years or more;

Motion for Detention- 1

☐    Felony, with two prior convictions in above categories;

☐    Felony that involves a minor victim or that involves the possession or use of a firearm or destructive device as those terms are defined in 18 U.S.C. § 921, or any other dangerous weapon, or involves a failure to register under 18 U.S.C. § 2250;

☒    Serious risk Defendant will flee; or

☒    Serious risk obstruction of justice.

2.    <u>Reason for Detention</u>.  The Court should detain Defendant because there is no condition or combination of conditions which will reasonably assure (check one or both):

☒    Defendant's appearance as required; or

☒    Safety of any other person and the community.

3.    <u>Rebuttable Presumption</u>.  The United States will invoke the rebuttable presumption against Defendant under 18 U.S.C. § 3142(e).  The presumption applies because there is probable cause to believe Defendant committed:

☒    Drug offense with maximum penalty of 10 years or more;

☐    An offense under 18 U.S.C. §§ 924(c), 956(a), or 2332b;

☐    An offense under 18 U.S.C. §§ 2332b (g)(5)(B) for which a maximum term of imprisonment of 10 years or more is prescribed;

Motion for Detention- 2

☐      An offense under chapter 77 of Title 18, United States Code, for which a maximum term of imprisonment of 20 years or more is prescribed;

☐      An  offense involving  a minor victim under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3), 2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423, or 2425;

☐      Other Circumstance as defined in 18 U.S.C. § 3142(e)(2).

4.      <u>Time for Detention Hearing</u>.  The United States requests the Court conduct the detention hearing:

☐      At the first appearance, or

☒      After a continuance of three days.

5.      Other Matters.


Dated:  March 4, 2021.


Joseph H. Harrington
Acting United States Attorney


Stephanie Van Marter
Assistant United States Attorney


Motion for Detention- 3

1

2

## CERTIFICATE OF SERVICE

3          I hereby certify that on March 4, 2021, I electronically filed the foregoing

4   with the Clerk of the Court using the CM/ECF system which will send notification

5

6   of such filing to the following:

7          Nicholas Wright Marchi

8          nmarchi@carmarlaw.com

9

10                            Stephanie Van Marter

11                            Assistant United States Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Motion for Detention- 4